IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00422-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HA MANH DO,
2. HAI MANH DO,
3. NATHAN TOAN MANH DO, and
4. RICHARD CROSSE,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court *sua sponte*. On May 9, 2012, various motions to suppress were set for hearing to be held on August 17, 2012. *See* **Minute Order** [#135] filed May 9, 2012. However, the suppression hearing is set after the trial that is scheduled to commence July 23, 2012. *See* **Order** [#65] filed December 1, 2011, at 7, ¶ 9. Thus, the suppression hearing now set for August 17, 2012, must be vacated and re-set to a date and time not less than 30 days before trial is set to commence.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the suppression hearing now set for August 17, 2012, is **VACATED** and **CONTINUED** pending further order; and

    2. That on **May 15, 2012**, at 10:30 a.m. (MDT), the court shall conduct a telephonic[2] setting conference to re-set the suppression hearing; provided that counsel for the government shall arrange, schedule, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: May 10, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] The appearances of the defendants are waived for the limited purposes of the setting conference.