**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00422-REB-02

UNITED STATES OF AMERICA,

Plaintiff,

v.

2. HAI MANH DO,

Defendant.

---

**MINUTE ORDER**[1]

---

A Notice of Disposition was filed in this matter. On **June 27, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: June 11, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.