IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00422-REB-01

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. HA MANH DO,

 Defendant.

## MINUTE ORDER[1]

 A Notice of Disposition has been filed in this case. On **June 26, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

 Dated: June 13, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.