**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00422-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  RICHARD CROSSE,

    Defendant.

---

**MINUTE ORDER**[1]

---

    A Notice of Disposition has been filed with the court for defendant Crosse. On **July 12, 2012**, commencing at 11:00 a.m., the court shall conduct a telephonic setting conference to set the change of plea hearing for this defendant. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated:  July 10, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.