IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00422-REB-04

UNITED STATES OF AMERICA,

       Plaintiff,

v.

4.     RICHARD CROSSE,

       Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

**Blackburn, J.**

The matter is before me on the **United States' Motion for Final Order of Forfeiture** [#246][1] filed June 13, 2013. The Court having reviewed the Motion FINDS:

THAT a Preliminary Order of Forfeiture was entered on March 14, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication was properly effected as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the time for so doing has expired; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:**

---

[1] "[#246]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

1.  That the **United States' Motion for Final Order of Forfeiture** [#246] filed June 13, 2013, is **GRANTED**;

2.  That judgment of forfeiture of the following property **SHALL ENTER** in favor of the United States pursuant to 21 U.S.C. § 853 free from the claims of any other party:

    a.    miscellaneous marijuana grow equipment seized on June 10, 2011, from 3885 Forest Street, Denver, Colorado; and

    b.    miscellaneous marijuana grow equipment seized on October 13, 2011, from 3885 Forest Street, Denver, Colorado; and

3.  That the United States **SHALL HAVE** full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated June 17, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge